IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
22 AUG -4  AM 10: 33
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　DEPUTY CLERK

| | |
|---|---|
| HITEL TECHNOLOGIES LLC,        § | |
| 　　　　　　　PLAINTIFF,        § | |
| 　　　　　　　　　　　　　　　§ | CAUSE NO. 6:22-CV-821-LY |
| V.                             § | |
| 　　　　　　　　　　　　　　　§ | |
| PERRY ELLIS MENSWEAR, LLC,     § | |
| 　　　　　　　DEFENDANT.        § | |

### **TRANSFER ORDER**

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel, United States District Judge, to the docket of the Honorable Alan D Albright, United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the docket of the Honorable Alan D Albright, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective May 10, 2021, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

SIGNED this ___4th___ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE